IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOSEPH LAMBERT,<br><br>Defendant. | CR 24-71-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, DAVID JOSEPH LAMBERT is hereby released from the custody of the U.S. Marshals Service.

DATED this 14th day of October, 2026.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE